UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Clear Channel Outdoor, LLC,

                              Plaintiff,                    **ORDER**

              -against-                                     20 Civ. 9296 (NSR) (AEK)

City of New Rochelle et al.,

                              Defendants.
-----------------------------------------------------------------X

Vector Media, LLC,

                              Plaintiff,

              -against-                                     21 Civ. 266 (NSR) (AEK)

City of New Rochelle et al.,

                              Defendants.
-----------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     As the parties discussed by e-mail, the status conference scheduled in this matter for

Friday, October 8, 2021 at 10:00 a.m. will be held in person, in Courtroom 250 at the Hon.

Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY

10601.

     All members of the public, including attorneys, appearing at a Southern District of New

York courthouse must complete a questionnaire and have their temperature taken before being

allowed entry into that courthouse.  On the day you are due to arrive at the courthouse, click on

the following link: https://app.certify.me/SDNYPublic.  Follow the instructions and fill out the

questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be

used at the entry device at the courthouse entrance.  If you do not meet the necessary

requirements, please contact Chambers at (914) 390-4070.

Dated:  October 6, 2021
       White Plains, New York

                                       **SO ORDERED.**

                                     ANDREW E. KRAUSE
                                     United States Magistrate Judge