UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Clear Channel Outdoor, LLC,

                Plaintiff,         **RESCHEDULING ORDER**

    -against-         20 Civ. 9296 (NSR) (AEK)

City of New Rochelle et al,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Due to a scheduling conflict, the telephonic status conference scheduled for Friday, April 1, 2022, at 10:30 a.m. before Magistrate Judge Krause is hereby rescheduled to **Friday, April 1, 2022, at 2:30 p.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 21, 2022
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge