UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEAR CHANNEL OUTDOOR, LLC,

                             Plaintiff(s),

-against-

CITY OF NEW ROCHELLE, et al.,

                             Defendant(s).

--------------------------------------------------------

VECTOR MEDIA, LLC,

                             Plaintiff(s),

-against-

CITY OF NEW ROCHELLE,
                             Defendant(s).

20 CV 9296 (NSR)
ADJOURNMENT ORDER

21 CV 266 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

      In light of the Plaintiff Clear Channel Outdoor, LLC's pending Motion for Partial Summary Judgment (not yet fully submitted) as well as the parties' stated intention to file pre-motion letters seeking leave to file motions for summary judgment (moving pre-motion letters shall be filed on October 3, 2022 and letters in response thereto shall be filed on October 7, 2022), it is hereby

      ORDERED that the telephonic Status Conference scheduled for October 3, 2022 before the United States District Judge Nelson S. Román, is hereby adjourned *sine die* pending resolution of the summary judgment motions.

SO ORDERED.

Dated: White Plains, NY
       September 28, 2022

_____
NELSON S. ROMÁN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/28/2022___