**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

DARIUS P. CHAFIZADEH
MEMBER
DIRECT:  914.683.1212
FAX:       914.683.1210
DCHAFIZADEH@HARRISBEACH.COM

November 15, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022

**MEMO ENDORSED**

**Via ECF Only**

Hon. Nelson S. Román
United States District Judge, Southern District
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Clear Channel Outdoor, LLC v. City of New Rochelle, et al.*
      Index No. 7:20-cv-09296-NSR-AEK
      *Vector Media, LLC v. City of New Rochelle, et al.*
      Index No. 7:21-cv-00266-NSR-AEK

Dear Justice Román:

In connection with Defendants' Reply in Support of their Motion for Reconsideration, Defendants have referenced in their Memorandum of Law certain documents from Plaintiff's production upon which Plaintiff has placed various levels of confidentiality designations. Accordingly, we respectfully request leave to file the Reply whereby the specific references to documents so designated by Plaintiff are redacted.

In accordance with the rules of the Court, we are contemporaneously filing a publicly available version of the Reply in redacted form, and a separate entry of the Reply filed under seal with the proposed redactions designated with red highlights.

Respectfully,

HARRIS BEACH PLLC

Darius P. Chafizadeh

DPC:sjm

Defendants' request to redact limited portions of their Reply Memorandum of Law is GRANTED. If, however, the Court determines that the specific information has has been withheld in this filing is integral to the Court's ruling on the motion, the Court may reconsider the decision to allow this information to remain redacted. The Clerk of the Court is directed to terminate the motion at ECF No. 196.

Dated: November 16, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

319562\4869-3464-0958\ v1