**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CLEAR CHANNEL OUTDOOR, LLC,

                    Plaintiff,

  -against-                                  20 **CIVIL** 9296 (NSR) (AEK)

                                                                  **JUDGMENT**

CITY OF NEW ROCHELLE, et al.,

                    Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2025, Count XII of the Clear Channel Complaint is DISMISSED without prejudice. Judgment is entered in favor of Clear Channel on Counts II, VII, and IX, and in favor of Defendants on Counts I, V, VI, X, and XI. Counts III, IV, VIII, and XII are dismissed without prejudice. Defendants are ENJOINED from removing or ordering the removal of any billboard owned by Clear Channel Outdoor within the City of New Rochelle without just compensation and procedure in accordance with New York's Eminent Domain Procedure Law; accordingly, the case is closed.

**Dated:**  New York, New York

       March 24, 2025

                                                                **TAMMI M HELLWIG**
                                                                 **Clerk of Court**

                                   **BY:**

                                                                  **Deputy Clerk**