IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>CITY OF NEW ROCHELLE; ADAM SALGADO, *in his official capacity as Commissioner of Development*; *and* PAUL VACCA, *in his official capacity as Building Official*,<br><br>        *Defendants*. | Case No. 7:20-cv-9296 (NSR) (AEK) |

**CLEAR CHANNEL OUTDOOR, LLC'S NOTICE OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Clear Channel Outdoor, LLC's Motion for Partial Attorneys' Fees, Expenses, and Costs; the Declarations of Gordon D. Todd, together with the exhibits thereto; and upon all prior pleadings, submissions, and proceedings herein, Plaintiff Clear Channel Outdoor, LLC, will move, by and through its undersigned counsel, before this Court, on or before May 23, 2025, for an order granting Plaintiff attorneys' fees, expenses, and costs under 42 U.S.C. § 1988.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted,<br><br>/s/ Gordon D. Todd<br>Gordon D. Todd<br>Daniel J. Hay<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 736-8000<br>Fax: (202) 736-8711<br>gtodd@sidley.com<br>dhay@sidley.com<br><br>*Counsel for Clear Channel Outdoor, LLC* |