

**SIDLEY**

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/27/2025___

**MEMO ENDORSED**

October 23, 2025

**By ECF**

Hon. Nelson Román
United States District Judge
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Clear Channel Outdoor v. City of New Rochelle*, No. 7:20-cv-9296 (NSR) (AEK)

Dear Judge Román:

    I write on behalf of Plaintiff Clear Channel Outdoor, LLC.  Clear Channel and the Defendants have reached a settlement that resolves all outstanding issues, including Clear Channel's pending Motion for Attorneys' Fees (ECF No. 273).  Accordingly, Clear Channel withdraws its Motion for Attorneys' Fees.

        Respectfully submitted,

        /s/ *Daniel J. Hay*
        Daniel J. Hay

CC:    All counsel of record (via ECF)

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Plaintiff's Motion for Attorneys' Fees is deemed withdrawn. The Clerk of Court is directed to terminate the motion at ECF No. 273.
Dated: October 27, 2025
    White Plains, New York

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.