# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: BKATZ@OLSHANLAW.COM
DIRECT DIAL: 212.451.2276

October 28, 2025

Hon. Nelson Roman
United States District Judge
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Clear Channel Outdoor v. City of New Rochelle*, 7:20-cv-9296 (NSR) (AEK)
            *Vector Media, LLC v. City of New Rochelle*, 7:21-cv-00266 (NSR) (AEK)

Dear Judge Roman:

    I write on behalf of Plaintiff Vector Media, LLC. Vector Media and the Defendants have reached a settlement that resolves all outstanding issues, including Vector Media's pending Motion for Attorneys' Fees (ECF No. 269). Accordingly, Vector Media withdraws its Motion for Attorneys' Fees.

                                                     Respectfully Submitted,

                                                     */s/ Brian A. Katz*
                                                     Brian A. Katz

CC:    All counsel of record (via ECF)