USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:     12/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VECTOR MEDIA, LLC, | Case No. 7:21-cv-266-NSR-AEK |

VECTOR MEDIA, LLC,

                        *Plaintiff,*

        v.

CITY OF NEW ROCHELLE; ADAM SALGADO, *in his official capacity as Commissioner of Development; and* PAUL VACCA, *in his official capacity as Building Official,*

                        *Defendants.*

*MEMO ENDORSED*

## PLAINTIFF VECTOR MEDIA, LLC'S MOTION FOR ATTORNEY'S FEES

PLEASE TAKE NOTICE that, upon the declaration of Brian Katz pursuant to 28 U.S.C. 1746 dated May 23, 2025, the exhibits annexed thereto, and the accompanying memorandum of law, Plaintiff Vector Media, LLC ("Plaintiff") hereby moves this Court for an order: (i) awarding Plaintiff its attorney's fees and related costs, pursuant to 28 U.S.C. § 1988 in the amount of $128,152.18 in attorney's fees and $311.97 in costs, (ii) granting $18,883 in attorney's fees in connection with preparing this fee application, and (iii) such other relief as is just and proper.

Dated:  New York, New York
         May 23, 2025

In light of Defendant Vector Media, LLC's letter indicating that the parties have reached a settlement resolving all outstanding issues (ECF No. 287 in 20cv9296), including the motion for attorney's fees at ECF No. 269 in 20cv9296, that motion is hereby DENIED as moot. The Clerk of Court is kindly directed to terminate the motion at ECF No. 269 in 20cv9296.
Dated: January 23, 2026
    White Plains, New York

OLSHAN FROME WOLOSKY LLP

By:  */s/ Brian A. Katz*
      Brian A. Katz
      1325 Avenue of the Americas
      New York, New York 10019
      (212) 451-2300

*Attorneys for Vector Media, LLC*

SO ORDERED:

NELSON S. ROMÁN
United States District Judge